CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 25 2013

JULIA C/ /JOLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 7:12CR00014 |
| | ) (CASE NO. 7:12CV80629) |
| | ) |
| v. | ) FINAL ORDER |
| | ) |
| | ) |
| RODOLFO NUNEZ PONCE, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that the defendant's letter/motion for more time to file a notice of appeal (ECF No. 30) is

DENIED; and the conditionally filed motion to vacate, set aside or correct the sentence under 28

U.S.C. § 2255 (ECF No. 33), which was filed for administrative reasons only as CASE NO.

7:12CV80629, is DISMISSED WITHOUT PREJUDICE and stricken from the active docket

of the court. Based upon the court's finding that the defendant has not made the requisite

showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: This 25th day of November, 2013.

_____
Chief United States District Judge